UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MEENA MERCER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-1528-DFH-TAB |
| | ) |
| PREMIERE CREDIT OF NORTH | ) |
| AMERICA, LLC, | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING PARTIAL DISMISSAL

Defendant's motion for partial dismissal is hereby granted.  Plaintiff has not responded, and the reasons set forth in the motion are persuasive.  Accordingly, plaintiff's claim for sex discrimination in violation of Title VII of the Civil Rights Act of 1964 and for wrongful termination under state law are hereby dismissed with prejudice.  The case will proceed on plaintiff's Title VII claim for retaliation.

So ordered.

Date:  February 7, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Gregory Phillip Kult
KULT LAW OFFICE LLC
gkult@kultlaw.com

Brian Lee Mosby
KULT LAW OFFICE LLC
bmosby@kultlaw.com

Brett Errol Osborne
THE OSBORNE LAW FIRM
osbornelawfirm@juno.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MEENA MERCER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-1528-DFH-TAB |
| ) | |
| PREMIERE CREDIT OF NORTH ) | |
| AMERICA, LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING PARTIAL DISMISSAL


Defendant's motion for partial dismissal is hereby granted.  Plaintiff has not

responded, and the reasons set forth in the motion are persuasive.  Accordingly,

plaintiff's claim for sex discrimination in violation of Title VII of the Civil Rights Act

of 1964 and for wrongful termination under state law are hereby dismissed with

prejudice.  The case will proceed on plaintiff's Title VII claim for retaliation.


      So ordered.

Date:  February 7, 2008                    _____

                                           DAVID F. HAMILTON, CHIEF JUDGE
                                           United States District Court
                                           Southern District of Indiana

-2-

Copies to:

Gregory Phillip Kult
KULT LAW OFFICE LLC
gkult@kultlaw.com

Brian Lee Mosby
KULT LAW OFFICE LLC
bmosby@kultlaw.com

Brett Errol Osborne
THE OSBORNE LAW FIRM
osbornelawfirm@juno.com